## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Zurich American Insurance Company, et al.
                       Plaintiff,

v.                                        Case No.: 1:16−cv−06653
                                         Honorable Matthew F. Kennelly

Kinder Morgan Arrow Terminals, LP, et al.
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 20, 2017:

      MINUTE entry before the Honorable Matthew F. Kennelly: Rule 16(b) status hearing held on 9/20/2017 with attorneys for both sides. Fact discovery cutoff date of 10/9/2017 is vacated in light of mediation set for 11/9/2017. Status hearing is continued to 11/16/2017 at 9:00 a.m. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.