**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1
Eastern Division**

Zurich American Insurance Company, et al.
                              Plaintiff,

v.                                      Case No.: 1:16−cv−06653
                                        Honorable Matthew F. Kennelly

Kinder Morgan Arrow Terminals, LP, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 11, 2018:

MINUTE entry before the Honorable Matthew F. Kennelly: In light of the fact that the parties will be having a settlement conference on 5/22/2018, the deadline for plaintiff's Rule 26(a)(2) disclosures is extended to 6/18/2018, and the deadline for defendant's Rule 26(a)(2) disclosures is extended to 7/16/2018. Expert discovery is to be completed by 8/31/2018. The status hearing set for 5/22/2018 is vacated and reset to 5/24/2018 at 9:00 AM. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.