**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1**
**Eastern Division**

Zurich American Insurance Company, et al.
                                              Plaintiff,

v.                                                                                Case No.: 1:16−cv−06653
                                                                                Honorable Matthew F. Kennelly

Kinder Morgan Arrow Terminals, LP, et al.
                                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 12, 2018:

      MINUTE entry before the Honorable Michael T. Mason: Settlement Conference set for 5/22/2018 at 10:30 a.m. in courtroom 2266. The parties shall strictly abide by this Court's Standing Order for Settlement Conference. Plaintiff's counsel shall submit copies of both plaintiff's settlement demand letter and defendant's response letter to chambers, room 2270 by 5/3/18. Mailed notice.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.