UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Zurich American Insurance Company, et al.
                              Plaintiff,

v.                                           Case No.: 1:16−cv−06653
                                                  Honorable Matthew F. Kennelly

Kinder Morgan Arrow Terminals, LP, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 25, 2018:

      MINUTE entry before the Honorable Michael T. Mason:At defense counsel's request, the parties' settlement letters are now due to Judge Mason's chambers on 5/11/18. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.