#### IN THE UNITED STATES DISTRICT COURT FOR THE
#### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, et al. | : : : | Case No. 1:16-cv-06653 |
| | : | Honorable Michael T. Mason |
| Plaintiff, | : | |
| v. | : | |
| KINDER MORGAN ARROW TERMINALS L.P., et al. | : : : | |
| Defendants. | : | |

### JOINT STIPULATION OF DISMISSAL

Defendants Kinder Morgan Arrow Terminals, L.P. ("KM Arrow Terminals") and Kinder Morgan, Inc. ("Kinder Morgan") (collectively, the "Defendants"), and Zurich American Insurance Company ("Plaintiff") respectfully and jointly submit this Stipulation of Dismissal of this action without prejudice, each party to bear its/her own costs and fees. The parties request that the Clerk of Court now close this case.

Dated: July 26, 2018

KINDER MORGAN ARROW TERMINAL, L.P.
KINDER MORGAN, INC.

By: /s/ Darren Hunter_____
One of their attorneys
Darren Hunter (ARDC #6199136)
Marjorie Kennedy (ARDC #6317868)
Rooney Rippie & Ratnaswamy LLP
350 W. Hubbard Street, Suite 600
Chicago, Illinois 60654
(312) 447-2800
darren.hunter@r3law.com
marjorie.kennedy@r3law.com

ZURICH AMERICAN INSURANCE COMPANY

By: /s/ Terry L. Welch, Jr._____
Terry L. Welch, ARDC 6276154
NIELSEN, ZEHE & ANTAS, P.C.
55 W. Monroe Street, Suite 1800
Chicago, IL 60603
Tele: (312) 322-9900
twelch@nzalaw.com

## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, et al. | : <br> : Case No. 1:16-cv-06653 <br> : Honorable Michael T. Mason |
| Plaintiff, | : |
| v. | : |
| KINDER MORGAN ARROW TERMINALS L.P., et al. | : <br> : <br> : |
| Defendants. | : |

## NOTICE OF FILING

TO:    Attached Service List

**PLEASE TAKE NOTICE** that on July 26, 2018, I filed with the Clerk of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, the Joint Stipulation of Dismissal, a copy of which is hereby served upon you.

    Respectfully submitted,

    KINDER MORGAN ARROW TERMINAL, L.P.
    KINDER MORGAN, INC.

    By: /s/ Darren Hunter_____
    One of their attorneys
    Darren Hunter (ARDC #6199136)
    Marjorie Kennedy (ARDC #6317868)
    Rooney Rippie & Ratnaswamy LLP
    350 W. Hubbard Street, Suite 600
    Chicago, Illinois 60654
    (312) 447-2800
    darren.hunter@r3law.com
    marjorie.kennedy@r3law.com

## **CERTIFICATE OF SERVICE**

Pursuant to Rule 5 of the Federal Rules of Civil Procedures, I, the undersigned, an attorney, hereby certify that I caused a copy of the above Notice of Filing and Joint Stipulation of Dismissal to be served upon all parties listed on the service list below by electronic means pursuant to Electronic Case Filing (ECF), on this 26th day of July, 2018.

By: /s/ Darren Hunter
Darren Hunter

Ashley S. Portman
Nielsen, Zehe & Antas, P.C.
55 W. Monroe Street, Suite 1800
Chicago, Illinois 60603
aportman@nzalaw.com

Terry L. Welch
Nielsen, Zehe & Antas, P.C.
55 W. Monroe Street, Suite 1800
Chicago, Illinois 60603
twelch@nzalaw.com