## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Zurich American Insurance Company, et al.

                          Plaintiff,

v.                                       Case No.: 1:16–cv–06653
                                        Honorable Michael T. Mason

Kinder Morgan Arrow Terminals, LP, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 27, 2018:

        MINUTE entry before the Honorable Michael T. Mason: The parties have filed their Joint Stipulation of Dismissal [76]. Accordingly, all pending deadlines and hearings before this Court are hereby stricken. Civil case terminated. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.